Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **HRM Detroit Holding, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **99-1355046** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**2102 Orleans Street**<br>**Detroit, MI 48207**<br>Number, Street, City, State & ZIP Code<br><br>**Wayne**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **HRM Detroit Holding, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **HRM Detroit Holding, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

List all cases. If more than 1, attach a separate list

| Debtor | **Mission Point of Detroit, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Eastern District of Michigan** When **4/16/25** | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | HRM Detroit Holding, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2025**
            MM / DD / YYYY

X **/s/ Hari Mali, II, a/k/a H. Roger Mali**          **Hari Mali, II, a/k/a H. Roger Mali**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Ryan Heilman**          Date **April 16, 2025**
Signature of attorney for debtor     MM / DD / YYYY

**Ryan Heilman**
Printed name

**Heilman Law PLLC**
Firm name

**40900 Woodward Ave., Suite 100**
**Bloomfield Hills, MI 48304-5122**
Number, Street, City, State & ZIP Code

Contact phone  **248-835-4745**    Email address  **ryan@heilmanlaw.com**

**P63952 MI**
Bar number and State

# RESOLUTION OF SOLE MEMBER OF
# HRM DETROIT HOLDING, LLC

The undersigned, being the Sole Member[1] of HRM Detroit Holding, LLC (the "Company"), acting by written resolution without a meeting, hereby resolves and approves the following:

**WHEREAS,** the undersigned has concluded that it is in the best interests of the Company to file a voluntary petition for relief (the "Petition") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and the undersigned wishes to approve such action; therefore, it is:

**RESOLVED** that the Company is authorized to file a Petition in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") commencing a bankruptcy case under Chapter 11 of the Bankruptcy Code ("Bankruptcy Case");

**RESOLVED** that H. Roger Mali is appointed as the authorized representative of the Company for all purposes relating to the Petition and the Bankruptcy Case, and, among other things, is authorized and empowered to (a) execute and verify the Petition and all other documents he deems necessary to carry out the intent and accomplish the purpose of these resolutions, including all documents required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, Office of the United States Trustee or by order of the Bankruptcy Court, (b) execute, verify, and file (or cause to be filed) any motions, applications, declarations, schedules, and other documents necessary or desirable in connection with the foregoing;

**RESOLVED** that H. Roger Mali and anyone designated by H. Roger Mali are authorized to appear on behalf of the Company in all proceedings before the Bankruptcy Court or otherwise relating to the bankruptcy case commenced by the filing of the Petition (the "Bankruptcy Case"), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary or useful documents on behalf of the Company in connection with the Bankruptcy Case;

**RESOLVED** that the Company is authorized to retain the law firm of Heilman Law PLLC to represent the Company as debtor and debtor in possession in connection with the Company's Bankruptcy Case and other related matters;

**RESOLVED** that the Company is authorized, in H. Roger Mali's discretion, to retain financial advisors to assist the Company in any matter relating to the Bankruptcy Case.

**RESOLVED** that, in addition to the specific authorizations set forth above, H. Roger Mali and his designees are authorized, on behalf of the Company, to execute and deliver any and all agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as may be necessary or desirable, in H. Roger Mali's judgment, to carry

---

[1] All capitalized terms not defined herein have the meanings set forth in the Operating Agreement for HRM Detroit Holding, LLC.

out the intent and accomplish the purpose of the resolutions adopted herein and to comply with all obligations and requirements relating to the Bankruptcy Case; and it is further

**RESOLVED** that all actions lawfully already taken or to be taken by H. Roger Mali in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned, consisting of a Supermajority of the Members of the Company, execute this Action as of this 15th day of April, 2025.

*[signature]*

H. Roger Mali
Sole Member of HRM Detroit Holding, LLC

2

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **HRM Detroit Holding, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| H. Roger Mali<br>2102 Orleans Street<br>Detroit, MI 48207 | | 100 | Membership Units |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 16, 2025**

Signature **/s/ Hari Mali, II, a/k/a H. Roger Mali**  
**Hari Mali, II, a/k/a H. Roger Mali**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
City of Detroit
Detroit Taxpayer Service Center
Coleman A. Young Municipal Center
2 Woodward Ave., Ste. 130
Detroit, MI 48226


Douglas C. Bernstein
Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304


The Huntington National Bank
41 South High St.
Columbus, OH 43287
```