Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **City of Detroit** — Creditor's Name<br>**Detroit Taxpayer Service Center**<br>**Coleman A. Young Municipal Center**<br>**2 Woodward Ave., Ste. 130**<br>**Detroit, MI 48226**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Tenant in Common interest in Real Property located at 2102 Orleans Street, Detroit, MI** | Unknown | Unknown |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe the lien: **Property taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **The Huntington National Bank** — Creditor's Name<br>**41 South High St.**<br>**Columbus, OH 43287**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Tenant in Common interest in Real Property located at 2102 Orleans Street, Detroit, MI** | $6,883,662.52 | Unknown |

Creditor's email address, if known

Date debt was incurred

Describe the lien: **Mortgage on real property owned by Debtor; no direct debt**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor **HRM Detroit Holding, LLC**
Name

Case number (if known) **25-43887**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $6,883,662.52

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Douglas C. Bernstein** **Plunkett Cooney** **38505 Woodward Ave., Ste. 100** **Bloomfield Hills, MI 48304** | Line __2.2__ | |